436 A.2d 982

**COMMONWEALTH of Pennsylvania**

v.

**Robert WIDEMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1981.

Decided Oct. 8, 1981.

Reargument Denied Nov. 25, 1981.

Petition for Allowance of Appeal Denied Nov. 30, 1981.

David B. Washington, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Dara A. DeCourcy, Asst. Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Court of Common Pleas of Allegheny County is affirmed.

NIX, J., did not participate in the consideration or decision of this case.